

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JASON FYK,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant - Appellee. | No. 24-465<br><br>D.C. No.<br>4:18-cv-05159-HSG<br><br>Northern District of California, Oakland<br><br>MANDATE |

The judgment of this Court, entered December 11, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT