

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JASON FYK, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant - Appellee. | No. 24-465 <br><br> D.C. No. 4:18-cv-05159-HSG <br> Northern District of California, Oakland <br><br> ORDER |

Before: RAWLINSON, CHRISTEN, and JOHNSTONE, Circuit Judges.

Appellant Jason Fyk's motion to recall the mandate (Dkt. No. 32) is DENIED.